Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorney for Plaintiff,
Hendrik Block

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>   Plaintiff,<br><br>   vs.<br><br>7-ELEVEN, INC., et al.,<br><br>   Defendants. | Case No. 5:21-cv-00048-NC<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE JOINT SITE INSPECTION REQUIRED BY GENERAL ORDER 56;** [PROPOSED] **ORDER** |

   Plaintiff, Hendrik Block ("Plaintiff"), and Defendants, 7-Eleven, Inc., Ha To dba 7-Eleven #29943, and Southwest Expressway Investors, Ltd. (collectively "Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

   1.   This action arises out of Plaintiff's claims that Defendants denied him full and equal access to their public accommodation on account of his disabilities in violation of Title III of the Americans with Disabilities Act ("ADA") and parallel California law. Plaintiff seeks injunctive relief under federal and California law, as well as damages under California law. This matter therefore proceeds under this district's General Order 56 which governs ADA access matters.

1      2.      The Court has ordered that the Parties conduct a joint site inspection of the subject property within 60 days after service of the complaint (General Order 56, as amended in January 2020), in this instance, on or before March 19, 2021.

3.      The Parties were unable to schedule a date and time, before the March 19, 2021 deadline to conduct a joint site inspection.

4.      Nonetheless, the Parties have agreed to conduct the joint site inspection on April 12, 2021 at 11:00 a.m. if the matter does not settle prior to that time, subject to the Parties' reservation to further modify the date if necessary.

5.      Accordingly, the Parties stipulate to extend the deadline to conduct the joint site inspection to April 12, 2021, with all dates triggered by that deadline continued accordingly.

**IT IS SO STIPULATED.**

Dated: March 29, 2021          MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Hendrik Block

Dated: March 29, 2021          CALL & JENSEN

*/s/ Michael S. Orr*
Michael S. Orr
Attorneys for Defendants,
7-Eleven, Inc. and Ha To dba 7-Eleven #29943

Dated: March 29, 2021          Whitey, Thompson & Jeffcoach LLP

*/s/ Kristi D. Marshall*
Kristi D. Marshall
Attorneys for Defendant,
Southwest Expressway Investors, Ltd.

///

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                                               */s/ Tanya E. Moore*
                                               Tanya E. Moore
                                               Attorney for Plaintiff,
                                               Hendrik Block

**~~[PROPOSED]~~ ORDER**

      The Parties having so stipulated and good cause appearing,

      **IT IS HEREBY ORDERED** that the deadline for the Parties to complete the joint site inspection is extended to April 12, 2021, with all dates triggered by that deadline continued accordingly.

**IT IS SO ORDERED**.

Dated:   March 30, 2021                              /s/ Beth Labson Freeman
                                                   United States District Judge