UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HENDRIK BLOCK** , <br> Plaintiff(s) <br><br> v. <br><br> **7-ELEVEN, INC.. et al.** , <br> Defendant(s) | Case No. C **5:21-cv-00048-NC** <br><br> NOTICE OF NEED FOR MEDIATION AND CERTIFICATION OF COUNSEL <br><br> (ADA ACCESS CASES) |

The undersigned counsel certify that the parties have completed the initial disclosures required by Fed. R. Civ. P. 26(a)(1) and by General Order No. 56, paragraph 4 and that the joint site inspection required by General Order No. 56 occurred on April 12, 2021        . For each participant, provide name, role, and whether they attended by videoconference or, with the agreement of all parties and in compliance with governing state and local laws, in person:
☐ *Attached joint submission describes satisfaction of alternative agreement.*

**Tanya E. Moore, Esq., Attorney for plaintiff, Michael Bluhm, Plaintiff's CASp consultant, appeared in-person**

The undersigned counsel certify that the settlement meeting required by General Order No. 56 occurred on May 17, 2021        . For each participant, provide name, role, and whether they attended by videoconference or, with the agreement of all parties and in compliance with governing state and local laws, in person:

**Tanya E. Moore, Esq., Attorney for plaintiff, Hendrik Block, Plaintiff, Michael S. Orr, Esq., Attorney for 7-Eleven, Inc., Ha To dba 7-Eleven #29943, and Southwest Expressway Investors, Ltd., and David Ortega (on behalf of 7-11 Inc, and all defendants), appeared via Zoom videoconferencing**

The parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Date: **May 18, 2021**            Signed: **/s/ Tanya E. Moore**
                                                  Attorney for Plaintiff(s)

                                         Signed: **/s/ Michael S. Orr**
                                                  Attorney for Defendant(s)

                                         Signed:_____
                                                  Attorney for Defendant(s)

*Important! E-file this form in ECF using event name: "Notice of Need for Mediation – ADA Access Cases Only"*

*Form GO 56-Notice of Need for Mediation and Certification of Counsel – rev. 6-2020*