UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hendrik Block,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>7-Eleven, Inc, et al.,<br><br>　　　　　Defendants | Case No. 21-cv-00048-BLF<br><br>**NOTICE OF APPOINTMENT OF MEDIATOR** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Karen Boyd
> Turner Boyd, LLP
> 702 Marshall St., Suite 640
> Redwood City, CA 94063
> 650-521-5930
> boyd@turnerboyd.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

**Notice of Appointment of Mediator**
21-cv-00048-BLF

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: May 24, 2021

                                      SUSAN Y. SOONG
                                      Clerk
                                      by:  Alice M. Fiel

---

ADR Program Case Administrator
415-522-3148
alice_fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
21-cv-00048-BLF                      2